IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-205-D

| | | |
|---|---|---|
| OLD REPUBLIC INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MURPHY-BROWN, LLC, and | ) | |
| SMITHFIELD FOODS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

The court has reviewed the entire record and pending motions under the governing standards. The court GRANTS plaintiff's motion for leave to file first amended complaint for declaratory judgment [D.E. 18]. Plaintiff shall file its first amended complaint not later than August 20, 2021. Defendants may respond to plaintiff's first amended complaint in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3). The court DISMISSES as moot plaintiff's motion for extension of time [D.E. 17] and defendants' motion to dismiss [D.E. 12].

SO ORDERED. This 9 day of August 2021.

JAMES C. DEVER III
United States District Judge